IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**FRANK SIVORI**                                                                        **PLAINTIFF**

**v.**                                                       **No. 4:16CV74-DMB-JMV**

**MARSHALL FISHER, ET AL.**                                               **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S MOTION [86] TO ADD WITNESS**

This matter comes before the court on the motion [86] by the plaintiff to add a witness to testify at the upcoming evidentiary hearing. As the witness' proposed testimony involves events occurring after this case was filed, the motion [86] is **DENIED**.

**SO ORDERED**, this, the 22nd day of July, 2019.

                                                             /s/ Jane M. Virden
                                                             UNITED STATES MAGISTRATE JUDGE