# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**FRANK SIVORI**                                                                                   **PLAINTIFF**

**V.**                                           **NO. 4:16-CV-74-DMB-JMV**

**MARSHALL FISHER, et al.**                                                 **DEFENDANTS**

## ORDER CLOSING CASE

On September 11, 2019, a "Stipulation of Dismissal, with Prejudice" was filed in this case in which the parties "stipulate that this action should be dismissed in its entirety against all named defendants, with prejudice …." Doc. #111. Accordingly, this case is **CLOSED**.

**SO ORDERED**, this 12th day of September, 2019.

                                                                  **/s/Debra M. Brown**
                                                                   **UNITED STATES DISTRICT JUDGE**